**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00843-BNB

AHTOL MOTORCAR INC.,

    Plaintiff,

v.

CARFAX, INC.,
VIMENTURE, LLC

    Defendants.

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c), Plaintiff Athol Motorcar Inc. and Defendant CARFAX, Inc. jointly request this Court to enter the attached stipulated protective order. In support, the parties state as follows:

The parties agree that some documents that are relevant to the claims and defenses in this action contain confidential business information. An order protecting this information from disclosure to third parties uninvolved in the litigation is required before the parties may produce these documents to one another. Similarly, the parties agree that some relevant documents may contain highly sensitive competitive data and/or trade secrets that should only be reviewed by attorneys for the parties, rather than the parties themselves. An order protecting this information from unnecessary disclosure is required before the parties may produce these documents.

WHEREFORE, the parties to this action jointly and respectfully request that this Court enter the attached protective order.

Respectfully submitted this 6th day of June, 2014.

| EDELSON PC | HOGAN LOVELLS US LLP |
|---|---|
| | s/ David A. DeMarco |
| s/ Steven L. Woodrow | Andrew C. Lillie |
| Steven L. Woodrow | David A. DeMarco |
| Megan Lindsey | One Tabor Center, Suite 1500 |
| Edelson PC | 1200 Seventeenth Street |
| 999 West 18th Street, Suite 3000 | Denver, Colorado 80202 |
| Denver CO, 80209 | Phone: 303 899 7300 |
| Phone: 303 357 4878 | Fax: 303 899 7333 |
| Fax: 312 589 6378 | andrew.lillie@hoganlovells.com |
| swoodrow@edelson.com | david.demarco@hoganlovells.com |
| mlindsey@edelson.com | |
| | Mitchell E. Zamoff |
| ***Counsel for Plaintiff Athol Motorcar, Inc.*** | Hogan Lovells US LLP |
| | 80 South Eight Street, Suite 1225 |
| | Minneapolis, MN 55402 |
| | Telephone: (612) 402-3000 |
| | Facsimile: (612) 402-3001 |
| | mitch.zamoff@hoganlovells.com |
| | |
| | Adam K. Levin (application for admission to District of Colorado bar to be filed) |
| | Hogan Lovells US LLP |
| | 555 Thirteenth Street, N.W. |
| | Washington, D.C. 20004 |
| | Phone: 202 637 6846 |
| | Fax: 202 637 5910 |
| | adam.levin@hoganlovells.com |
| | |
| | ***Counsel for Defendant CARFAX, Inc.*** |

2

## CERTIFICATE OF SERVICE

       I hereby certify that on this 6th day of June, 2014, I electronically filed the foregoing **JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Steven L. Woodrow
Megan Lindsey
Edelson PC
999 West 18th Street, Suite 3000
Denver CO, 80209
Phone: 303 357 4878
Fax: 312 589 6378
swoodrow@edelson.com
mlindsey@edelson.com

                                                    s/ David A. DeMarco